# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-16-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LONNIE BURDETTE PORTER, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for a Witness to Appear by Video (Doc. 32), at the time of trial and give testimony by video, and for good cause appearing,

**IT IS HEREBY ORDERED** that witness, Sue Drivadahl shall appear by video to give testimony in this case on Monday, July 26, 2021. The call in information for the ZOOM video call will be e-mailed from Chambers to David Duke at DDukelaw01@gmail.com on Friday, July 23, 2021. It is up to Mr. Duke to provide this information to the witness, Sue Drivadahl.

1

     The Clerk of Court is directed to notify the parties of the making of this order.

     DATED the 19th day of July, 2021.

                                *Susan P. Watters*
                                SUSAN P. WATTERS
                                UNITED STATES DISTRICT JUDGE