UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE BURDETTE PORTER,<br><br>Defendant. | CR-21-16-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED 26th day of July, 2021.

*/s/ Susan P. Watters*
Honorable Susan P. Watters
United States District Judge