IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE PORTER,<br><br>Defendant. | CR 21-16-BLG-SPW<br><br>**ORDER** |

Defendant has filed a Motion to Modify the Conditions of his Release. (Doc. 59.) Defendant indicates the United States opposes his motion. Accordingly, IT IS ORDERED that the United States shall file its opposition to Defendant's motion on or before **August 25, 2021**. Defendant's reply brief, if any, shall be filed by **August 31, 2021**.

The Court will conduct a Motion Hearing in this matter on **September 2, 2021, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 11th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge