# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE BURDETTE PORTER,<br><br>Defendant. | CR 21-16-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Allow Karen Porter to Appear by Video at Forfeiture Hearing, (Doc. 69), and for good cause appearing,

**IT IS HEREBY ORDERED** that Karen Porter shall appear by video at the Forfeiture Hearing set for **Thursday, September 23, 2021 at 1:30 p.m. MDT**. The call-in information for the ZOOM video call will be e-mailed from Chambers to David Duke at DDukelaw01@gmail.com on Friday, September 17, 2021. It is up to Mr. Duke to provide this information to Karen Porter.

1

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 16th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE