# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-16-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| LONNIE BURDETTE PORTER, | |
| Defendant. | |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 18 U.S.C. § 924(d) of said violation;

AND WHEREAS, on July 27, 2021, the defendant was found guilty by jury trial of the charge contained in the Indictment;

AND WHEREAS, the indictment contained a forfeiture allegation that stated that as a result of the offense charged in the indictment, the defendant shall forfeit the following property:

- See attached list

And whereas, by virtue of said guilty verdict, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

1

ACCORDINGLY, IT IS ORDERED:

1. That based upon the verdict of guilty by jury trial on July 27, 2021, the United States of America is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 18th day of October, 2021.

SUSAN P. WATTERS
United States District Judge

United States v. Lonnie Burdette Porter
CR 21-16-BLG-SPW

Asset List for Forfeiture


Ruger Blackhawk revolver, .357 caliber (SN: 105773)
Ruger Single Six revolver, .22 caliber (SN: 801749)
Harrington & Richardson 300 Rifle, .22-250 caliber (SN: 54127)
Mossberg 46B Rifle, .22 caliber (SN: Unknown)
Mossberg 14 Rifle, .22 caliber (SN: Unknown)
Savage 1895 Rifle, .308 caliber (SN: 4275AS)
Savage 42 Rifle, .22/410 caliber (SN: J147998)
Ruger 10/22 Rifle, .22 caliber (SN: 113-92023)
Winchester 77 Rifle, .22 caliber (SN: Unknown)
Savage 24V Series D Rifle, caliber unknown (SN: E273004)
Savage 24 Rifle, .22/410 caliber (SN: Unknown)
Winchester 77 Rifle, .22 caliber (SN: 24596)
Savage 89 Rifle, .22 caliber (SN: D915569)
Winchester 100 Rifle, .243 caliber (SN: A238881)
Winchester 290 Rifle, .22 caliber (SN: 136983)
Savage B Mag Rifle, .17 caliber (SN: J316720)
Weatherby SA-08 Shotgun, .20 caliber (SN: AE23142)
Browning Sweet Sixteen Shotgun, .16 caliber (SN: 27707)
Remington Arms Company, Inc. Sportsman Shotgun, .20 caliber (SN: S1332)
Remington Arms Company, Inc. 597 Rifle, .22 caliber (SN: A2731132)
Savage 24 Rifle, .22/410 caliber (SN: Unknown)
Remington Arms Company, Inc. 700 Rifle, .222 caliber (SN: 257095)
Savage 23D Rifle, .22 caliber (SN: 221417)
BSA (Birmingham Small Arms) CF-2 Rifle, .270 caliber (SN: 8M3550)
Winchester 67A rifle, .22 caliber (SN: Unknown)
Winchester 70 Rifle, .27 caliber (SN: 42281)
Remington Arms Company, Inc. 591M Rifle, .5 caliber (SN: 1074973)
Rifle unknown model or caliber (SN: Unknown)
Winchester 1907 Rifle, .351 caliber (SN: 38263)
Remington Arms Company Inc. 141 Rifle, .32 caliber (SN: 7623)
Winchester 55 Rifle, .32 caliber (SN: 6218)
Marlin Firearms Co 30/30 Rifle, .30 caliber (SN: C3005)
Winchester 94 Rifle, .32 caliber (SN: 934020)
Winchester 1894 Rifle, .30 caliber (SN: 1660859)

Winchester 1903 Rifle, .22 caliber (SN: 118650)
Mossberg 100 ATR Rifle, .243 caliber (SN: ATR015652)
Marlin Firearms Co 1894 Rifle, .38 caliber (SN: 113330)
Weatherby Vanguard Rifle, .30-06 caliber (SN: VB088478)
Savage Shotgun unknown model or caliber (SN: Unknown)
Mauser 1934 Pistol, .32 caliber (SN: 124985)
Retolaza Hermanos 1914 Pistol, .32 caliber (SN: Unknown)
Remington Arms Company Inc. 721 Rifle, .30/06 caliber (SN: 310009)
Savage 72 Rifle, .22 caliber (SN: C565)
Savage 1915 Favorite Rifle, .25 caliber (SN: B166)
Winchester 62 Rifle, .22 caliber (SN: 21660)
Winchester 670 Rifle, .243 caliber (SN: G1312051)
Zastava Mark X Rifle, .270 caliber (SN: B295558)
235 Rounds assorted ammunition