# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-16-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LONNIE BURDETTE PORTER, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Karen Porter to Appear by Video (Doc. 89), at the Defendant's sentencing hearing, and for good cause appearing,

**IT IS HEREBY ORDERED** that Karen Porter shall appear by video to give testimony at the sentencing set for December 15, 2021 at 1:30 p.m.  The call-in information for the ZOOM video call will be e-mailed from Chambers to David Duke at DDukelaw01@gmail.com.

1

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 12th day of December, 2021.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE